# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division

**In re:**                                                                  **Case Number**    07−34237−KRH
Roy Edwin Manoley Jr.                                **Chapter**    13
Karola M. L. Manoley

Debtor(s)

## NOTICE TO DEBTOR(S) AND CREDITORS
## CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

In order to receive a discharge, you must

Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §§1328 (form attached) as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at www.vaeb.uscourts.gov. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing unless, within 21 days of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §§522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, or $136,875 for cases filed on or after that date and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §§522(q)(1)(A) or liable for a debt of the kind described in §§522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:   2/25/11                                        William C. Redden , Clerk
                                                                 United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: luckenbau              Page 1 of 2                 Date Rcvd: Feb 25, 2011
Case: 07-34237                Form ID: ntc4008             Total Noticed: 43

The following entities were noticed by first class mail on Feb 27, 2011.
db/jdb        +Roy Edwin Manoley, Jr.,    Karola M. L. Manoley,    4607 Stanley Drive,    Richmond, VA 23234-4750
cr            +PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
8006902      ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
              (address filed with court: Cross Country Bank,    800 Delaware Ave,    Wilmington, DE 19801)
8006893       +Aarow Financial Services (Household,    5996 W Touhy Ave,    Niles, IL 60714-4610
8019613       +Beneficial,    P O Box 10640,    Virginia Beach, VA 23450-0640
8099686      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: CAPITAL ONE BANK,    C/O TSYS DEBT MANAGEMENT,    PO BOX 5155,
                NORCROSS, GA  30091)
8006896       +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
8006897       +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
8006898       +Citi Auto,    2208 Highway 121 Ste 100,    Bedford, TX 76021-5981
8029777       +CitiFinancial Auto Corporation,    P.O. Box 182287,    Columbus, OH 43218-2287
8006899       +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
8006900        Citibank,    Attn: Citicorp Credit Srv,    7920 NW 10th Street,    Kansas City, MO 64153
8006901       +Credit Collection Svc (Columbia House,    Po Box 773,    Needham, MA 02494-0918
8006908       +LVNV Funding,    for Penneys,    PO Box 941911,    Houston, TX 77094-8911
8006907       +LVNV Funding,    for Sears,    PO Box 941911,    Houston, TX 77094-8911
8006909       +LVNV Funding,    for GE Capital,    PO Box 941911,    Houston, TX 77094-8911
9059944        NCO Portfolio Management,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
8006910        Nco/ Collection Agency (AT & T,    Pob 41448,    Philadelphia, PA 19101
8006911       +Nicol Dawson,    4607 Stanley Drive,    Richmond, VA 23234-4750
8179178       +Northeast Verizon Wireless,    404 Brock Dr,    Bloomington, IL 61701-2654
8179000        Northeast Verizon Wireless,    PO Box 3997,    Bloomington, IL 61702
8131354      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC.,    PO Box 12914,
                NORFOLK VA 23541)
8128420      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC.,    PO Box 41067,
                NORFOLK VA 23541)
8006912       +Robert Van Arsdale,    Acting Assistant U.S. Trustee,    600 East Main St., Ste 301,
                Richmond, VA 23219-2430
8006914       +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
8006915       +Sherman Acquisitions (Exxon,    Po Box 740281,    Houston, TX 77274-0281
8006916       +U.S. Trustee Office,    600 E. Main St., Suite 120,    Richmond, VA 23219-2430
8006918       +Wells Fargo Home Mortg,    3476 Stateview Blvd,    Fort Mill, SC 29715-7200
8032126       +Wells Fargo Home Mortgage, Inc.,    MAC X2302-04C,    One Home Campus,    Des Moines, IA 50328-0001

The following entities were noticed by electronic transmission on Feb 26, 2011.
cr            +E-mail/PDF: BNCEmails@blinellc.com Feb 26 2011 01:48:46      B-Real, LLC,    Mail Stop 550,
                2101 Fourth Ave., Suite 1030,    Seattle, WA 98121-2317
cr            +E-mail/PDF: rmscedi@recoverycorp.com Feb 26 2011 01:50:06
                Recovery Management Systems Corporation,    25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
8006894       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM
                Asset Acceptance (Capital/Dillard,    Po Box 2036,    Warren, MI 48090-2036
8062246       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             Asset Acceptance LLC,
                PO Box 2036,    Warren MI 48090-2036
8208739        E-mail/PDF: BNCEmails@blinellc.com Feb 26 2011 01:48:46      B-Real, LLC,    MS 550,    PO Box 91121,
                Seattle, WA 98111-9221
8102464       +E-mail/PDF: BNCEmails@blinellc.com Feb 26 2011 01:48:46      B-Real, LLC,    MS 550,
                2101 4th Ave, Ste 1030,    Seattle, WA 98121-2317
8006903        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 26 2011 01:48:46       Discover,    Po Box 15316,
                Wilmington, DE 19850
8016802        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 26 2011 01:48:46
                Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
8006904       +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2011 01:50:03      Gemb/jcp,    Po Box 984100,
                El Paso, TX 79998-4100
8006906       +E-mail/Text: MGKECF@KRUMBEIN.COM                           Krumbein & Associates, PLLC,
                1650 Willow Lawn Drive, Ste 300,    Richmond, VA 23230-3435
8036802        E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
8054350        E-mail/PDF: rmscedi@recoverycorp.com Feb 26 2011 01:50:05
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
8076811        E-mail/PDF: BNCEmails@blinellc.com Feb 26 2011 01:48:46      Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
8006917       +E-mail/PDF: bankruptcyverizoncom@afni.com Feb 26 2011 01:48:23       Verizon Wireless,
                P.O. Box 17464,    Baltimore, MD 21297-1464
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Citifinancial Auto Corporation f/k/a TranSouth Fin
cr            Roundup Funding, LLC, successor in interest to App
cr            TSYS DEBT MANAGEMENT
cr*           Wells Fargo Bank, NA
cr*           NCO Portfolio Management,   c/o Becket and Lee LLP,    POB 3001,    Malvern, PA  19355-0701
8006905*     +Karola M. L. Manoley,    4607 Stanley Drive,    Richmond, VA 23234-4750
8006913*     +Roy Edwin Manoley, Jr.,    4607 Stanley Drive,    Richmond, VA 23234-4750
```

```
District/off: 0422-7           User: luckenbau            Page 2 of 2              Date Rcvd: Feb 25, 2011
Case: 07-34237                 Form ID: ntc4008           Total Noticed: 43

8006895    ##+Beneficial/household Finance,    Po Box 1547,    Chesapeake, VA 23327-1547
                                                                             TOTALS: 4, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2011**                                    **Signature:**    _Joseph Speetjens_